■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DIONISIO CURIEL, Appellant.

Defendant pled guilty to criminal sale of a controlled substance in the second degree in exchange for a promised sentence of 5½ years to life, and was sentenced as promised. The court reporter, however, mistakenly transcribed the court's promise as having been 3½ years to life, a mistake that was corrected on the People's motion to settle the plea minutes showing that the stenographic tape did indeed read 5½ years to life. This and the other proof adduced by the People clearly demonstrate that the promised sentence was 5½ years and not 3½ years.

We have considered defendant's other claims and find them to be without merit. Concur—Murphy, P. J., Ellerin, Wallach and Smith, JJ.